UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR 10 P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

LEONIDES VIVAS CHACON )
    Petitioner )
     )
v. )
     )
     ) NO.
BRUCE CHADBORNE )
DISTRICT DIRECTOR )
U.S. IMMIGRATION AND )
CUSTOMS ENFORCEMENT )
    Respondent )

**05 10465 MEL**

RECEIPT #_____
AMOUNT $ 500
SUMMONS ISSUED N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. M.P.
DATE 3/10/2005

Now Comes the Petitioner:

MAGISTRATE JUDGE MBB

1. The Petitioner, Leonides Chacon, is a resident of East Boston, Massachusetts, and is presently in the custody of the U.S. Immigration and Customs Enforcement Agency. Petitioner believes ICE plans to Remove him from the United States on or about March 11, 2005.

2. The Respondent, Bruce Chadborne, is the District Director for the U.S. Immigration and Customs Enforcement Agency, District of Boston.

JURISDICTION

3. Jurisdiction is granted to this United States District Court pursuant to 28 U.S.C. § 2241, a writ of habeas corpus can extend to a prisoner who is in custody "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Oliva v. INS, 1999 WL 61818 (2nd Cir. 1999).

SUMMARY OF ISSUE

4. Leonides Chacon ("Petitioner") is a Temporary Protected Status ("TPS") registrant and is prima facie eligible for TPS. Petitioner has a TPS application pending before the

Service. An outstanding deportation order does not preclude Petitioner from TPS.

5. Petitioner reregistered during the recent registration period which expired on March 8, 2005. Petitioner's TPS application is currently before the Service pending adjudication.

6. If petitoner is removed from the United States he will suffer irreparable harm.

7. Petitioner is a native of El Salvador. Petitioner first0 entered the United States without inspection on January 24, 1996. Petitioner was ordered Removed in absentia from the United States on July 15, 1997.

8. Petitioner should be allowed to report to the Service and not be detained. Petitioner has no criminal record, is not a threat to the community and is not a flight risk.

## ANALYSIS

9. The Petitioner moves this Honorable Court to grant this request for habeas relief and stay removal pending the outcome of Petitioner's TPS application, filed with the Service.

10. Deportation is not, the inevitable consequence of unauthorized presence in the United States. Johns v. Department of Justice of U.S., 653 F.2d 884 (C.A.Fla., 1981.) The Attorney General is given discretion by express statutory provisions, in some situations, to ameliorate the rigidity of the deportation laws. Id. Even after a final order of deportation has been entered, the District Director can exercise discretion to afford aliens relief from deportation.

11. The Petitioner Contends that the Attorney General does not have the authority to execute removal where Petitioner's application for relief is still pending before the Service.

12. In support of his petition, the Petitioner argues that there is a substantial likelihood that his TPS application will be approved by the Service.

CONCLUSION

13. Based upon the above stated facts, Petitioner prays that this court will grant his request for Habeas Corpus, where removal under the circumstances would irreparably harm Petitioner and would amount to a violation of his Constitutional rights.


Respectfully Submitted,

*[signature]*

Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
(617) 338-4040
BBO: 648972

I hereby certify that a true copy of the above document was served upon Office of the District Counsel, Department of Homeland Security, JFK Building, Room 425, 15 New Sudbury Street, Boston, MA 02203; the attorney of record for each party by mail on March 10, 2005.

U.S. Department of Justice  
Executive Office for Immigration Review  
*Board of Immigration Appeals*

**Notice of Appeal from a Decision of an Immigration Judge**

1. List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):

   Leonides Vivas Chacon  
   74-588-341  
   95-051-434

   *Staple Check or Money Order Here. Include Name(s) and "A" number(s) on the face of the check or money order.*

2. I am the  ☑ Respondent/Applicant  ☐ INS  *(Mark only one box.)*

3. I am  ☑ DETAINED  ☐ NOT DETAINED  *(Mark only one box.)*

4. My last hearing was at July 15, 1997 _____ ☑ *(Location, City, State)*

5. **What decision are you appealing?**

   *Mark only one box below.* If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).

   ☐ I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated _____.

   ☐ I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated _____.

   ☑ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated March 8, 2005 ☑.

   *(Please attach a copy of the Immigration Judge's decision you are appealing.)*

OMB# 1125-0002; Expires 12/31/02

Form EOIR-26  
Revised Sept. 2002

Page 1 of 3

*Internet Version*

6. **State in detail the reason(s) for this appeal. Please refer to the Instructions at part F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.**

    Respondent moves to Appeal the Immigration Judge's March 8, 2005 decision deying Respondent's Motion to Reopen for lack of Notice. The IJ erred when she found Respondent had proper notice and was not entitled to have his case reopened. Respondent is a TPS registrant with a United States Citizen child and has a heart condition and will not recieve proper treatment if he is removed to Colombia.

*(Attach additional sheets if necessary)*

7. Do you desire oral argument before the Board of Immigration Appeals?  ☑ Yes  ☐ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?  ☑ Yes  ☐ No

9. X  _____  03/09/2005
    Signature of Person Appealing  Date
    *(or attorney or representative)*

Form EOIR-26
Revised Sept. 2002

Page 2 of 3

*Internet Version*

**10.**

| Mailing Address of Respondent(s)/Applicant(s) |
|---|
| Leonides Vivas Chacon |
| (Name) |
| Suffolk County HOC |
| (Street Address) |
| 20 Bradston Street |
| (Apartment or Room Number) |
| Boston, MA 02118 |
| (City, State, Zip Code) |
| (617) 989-6565 |
| (Telephone Number) |

**11.**

| Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
|---|
| Richard Sanders |
| (Name) |
| 20 Park Plaza |
| (Street Address) |
| Suite 633 |
| (Suite or Room Number) |
| Boston, MA 02116 |
| (City, State, Zip Code) |
| (617) 338-4040 |
| (Telephone Number) |

**12.**

### PROOF OF SERVICE
(You Must Complete This)

I  Richard Sanders
       (Name)                              mailed or delivered a copy of this Notice of Appeal

on   03/09/2005                    to   Office of District Counsel
       (Date)                                      (Opposing Party)

at   JFK Building, Room 425, 15 New Sudbury Street, Boston, MA 02203
                                    (Address of Opposing Party)

X _____
           Signature

☐ Read all of the General Instructions
☑ Provided all of the requested information
☐ Completed this form in English
☐ Provided a certified English translation for all non-English attachments

**HAVE YOU?**

☐ Signed the form
☐ Served a copy of this form and all attachments on the opposing party
☐ Completed and signed the Proof of Service
☐ Attached the required fee or Fee Waiver Request

Page 3 of 3

Form EOIR-26
Revised Sept. 2002

*Internet Version*

## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
## BEFORE THE BOAED OF IMMIGRATION APPEALS
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

| TYPE OF PROCEEDING: | DATE 03/09/2005 |
|---|---|
| ☒ Deportation ☐ Bond Redetermination ☐ Disciplinary | ALIEN NUMBER(S) (list lead alien number and all family member alien numbers if applicable) |
| ☒ Removal ☒ Motion to Reopen/Reconsider | 95-051-434 |
| ☐ Exclusion ☐ Rescission | 74-588-341 |

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

NAME (First) (Middle Initial) (Last)

**Leonides**     **V**     **Chacon**

ADDRESS (Number & Street) (Apt. No.) (City) (State) (Zip Code)

**Suffolk HOC, 20 Bradston Street**     **Boston**     **MA**     **02118**

Please check one of the following:

☒ 1. I am a member in good standing of the bar of the highest court(s) of the following State(s), possession(s), Territory(ies), Commonwealth(s), or the District of Columbia:

Name(s) of Court(s)     State Bar No. (if applicable)

**Supreme Judicial Court**     **655915**

(Please use space on reverse side to list additional jurisdictions.)

I ☒ am not (or ☐ am - explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions other than federal courts where I am licensed to practice law.

☐ 2. I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review (provide name of organization): **N/A**

☐ 3. I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 292. (Explain fully on reverse side.)

I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Board of Immigration Appeals. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SIGNATURE OF ATTORNEY OR REPRESENTATIVE | EOIR ID# | TELEPHONE NUMBER (Include Area Code) | DATE |
|---|---|---|---|
| [signature] | | (617) 338-4040 | 02/24/2005 |

| NAME OF ATTORNEY OR REPRESENTATIVE (TYPE OR PRINT) | ADDRESS ☐ Check here if this is a new address. |
|---|---|
| **Richard Sanders, Esq.** | **20 Park Plaza, Suite 633** |
| **Ross & Associates** | **Boston**     **MA**     **02116** |

**Certificate of Service**

I **Richard Sanders, Esq.** mailed or delivered a copy of the foregoing on **03/09/2005** to the Immigration
(Name)     (Date)

and Naturalization Service at **Dist. Cnsl., DHS, JFK Blg, 15 New Sudbury St., Boston, MA 02203**
(Address)

X [signature]
Signature of Attorney or Representative

OMB#1125-0005     FORM EOIR-27 August 99

**(Note: Alien may be required to sign Acknowledgement and Consent on reverse side of this form.)**

| I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS. |||
|---|---|---|
| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
| Leonides    V    Chacon | Leonides Chacon | 3/8/05 |
| (NOTE: *The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence, he/she must sign this form.*) |||

**APPEARANCES** - An appearance shall be filed on EOIR Form-27 by the attorney or representative appearing in each case before the Board of Immigration Appeals (see 8 C.F.R. § 3.38((g)), even though the attorney or representative may have appeared in the case before the Immigration Judge or the Immigration and Naturalization Service. When an appearence is made by a person acting in a representative capacity, his/her personal appearance or signature shall constitute a representation that, under the provisions of 8 C.F.R. Chapter 3, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Board of a request by the attorney or representative of record in accordance with Matter of Resales, 19 I&N Dec. 655 (1988). Further proof of authority to act in a representative capacity may be required.

**REPRESENTATION** - A person entitled to representation may be represented by any of the following:

    (1) Attorneys in the United States as defined in 8 C.F.R. § 1.1(f).

    (2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 292.1(a)(2).

    (3) Reputable individuals as defined in 8 C.F.R. § 292.1(a)(3).

    (4) Accredited representative as defined in 8 C.F.R. § 292.1(a)(4).

    (5) Accredited officials as defined in 8 C.F.R. § 292.1(a)(5).

**THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.**

    Public reporting burden for the collection of information is estimated to average 6 minutes per response, including the time for reviewing the data needed, completing and reviewing the collection of information, and record-keeping. Send comments regarding this burden estimate or any other aspect of this information collection including suggestions for reviewing this burden to the Executive Office for Immigration Review, 5107 Leesburg Pike, Suite 2400, Falls Church, VA 22041.

(Please attach additional sheets of paper as necessary.)

*U.S. GPO: 2000-461-076/21608

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0003
Fee Waiver Request

# FEE WAIVER REQUEST

Leonides Chacon
Name

74-588-341
Alien Number ("A" Number)

> If more than one alien is included in your appeal or motion, only the lead alien need file this form.

I, Leonides Chacon, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am the person above and that I am unable to pay the fee. I believe that my appeal/motion is valid, and I declare that the following information is true and correct to the best of my knowledge.

**Assets**

Wages, Salary $ 0 /month

Other Income 0 /month
(business, profession, self-employment, rent payments, interest, etc.)

Cash 0

Checking or Savings Account 0

Property 0
(real estate, automobile, stocks, bonds, etc.)

Other Financial Support 0 /month
(public assistance, alimony, child support, parent, spouse, friends, other family members, etc.)

**Expenses (including dependents)**

Housing $ 0 /month
(rent, mortgage, etc.)

Food 0 /month

Clothing 0 /month

Utilities 0 /month
(phone, electric, gas, water, etc.)

Transportation 0 /month

Debts, Liabilities 0 /month

Other _____ 0 /month
(specify)

Leonides Chacon
Signature

3/9/05
Date

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is one (1) hour. If you have comments regarding the accuracy of this form, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of the General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

Form EOIR-26A
September 2002

*U.S. GPO: 2002-496-240/62474