UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONIDES VIVAS CHACON,        )
                              )
         Petitioner,          )
                              )
    v.                        )   C.A. No. 05-10465-MEL
                              )
BRUCE CHADBOURNE, ET AL.,     )
         Respondents.         )

### ORDER RE: MOTION FOR EMERGENCY STAY OF REMOVAL, ORDER FOR TEMPORARY STAY OF REMOVAL, AND NOTICE OF HEARING

On March 10, 2005 Petitioner, an immigration detainee, filed, through his counsel, a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 and a Motion for Emergency Stay of Removal, on the grounds that he is eligible for Temporary Protected Status. Petitioner claims removal is imminent.

Respondents have orally represented to this Court that the Petitioner is scheduled for transport to the Oakdale, LA facility on March 15, 2005, and that removal to El Salvador is scheduled for March 18, 2005.

In light of the above, it is hereby ORDERED:

1. Respondents shall file a response to the Motion for Emergency Stay of Removal by no later than <u>4:00 p.m. on Friday, March 11, 2005.</u>

2. A temporary STAY of Removal is Ordered. The Respondents shall not transport the Petitioner out of this District absent further Order of this Court.

3. A Hearing on the Motion for Stay of Removal is set for **MONDAY, MARCH 14, 2005 AT 10:00 A.M.** before Hon. Morris E. Lasker, U.S. District Judge in Courtroom 8 on the 3rd floor. The Petitioner's appearance at the hearing is not required.

/s/ William G. Young
WILLIAM G. YOUNG
DATED: March 11, 2005        CHIEF UNITED STATES DISTRICT JUDGE