UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONIDES VIVAS CHACON ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action No. |
| v. ) | 05cv10465-MEL |
| ) | |
| BRUCE CHADBOURNE, FIELD OFFICE ) | |
| DIRECTOR, BUREAU OF IMMIGRATION ) | |
| AND CUSTOMS ENFORCEMENT ) | |
| ) | |
| Respondent[1] ) | |

MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS
PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005

Respondent moves to transfer this action to the First Circuit Court of Appeals pursuant to the command of section 106(c) of the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005)(enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA").

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's deportation order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  s/Frank Crowley
     FRANK CROWLEY
     Special Assistant U.S. Attorney
     Department of Homeland Security
     P.O. Box 8728
     J.F.K. Station
     Boston, MA 02114
     (617) 565-2415

## Certification Under L.R. 7.1(A)(2)

The undersigned counsel for respondent certifies that he attempted unsuccessfully to confer with counsel for petitioner in good faith to resolve or narrow the issue(s).

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on June 22, 2005.

                    s/Frank Crowley
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114

---

United States in a suit pending in a court of the United States").