UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONIDES VIVAS CHACON )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE, FIELD OFFICE )<br>DIRECTOR, BUREAU OF IMMIGRATION )<br>AND CUSTOMS ENFORCEMENT )<br>)<br>Respondent[1] ) | Civil Action No.<br>05cv10465-MEL |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE DEPORTATION ORDER

Respondent hereby informs the Court of its intention to execute the final order of deportation against petitioner **on August 23, 2005.**

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:   s/Frank Crowley
                          FRANK CROWLEY
                          Special Assistant U.S. Attorney
                          Department of Homeland Security
                          P.O. Box 8728
                          J.F.K. Station
                          Boston, MA 02114
                          (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's deportation order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on August 16, 2005.

s/Frank Crowley
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
