UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
BOSTON, MASSACHUSETTS

2005 AUG 22 P 4: 52

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

LEONIDES VIVAS CHACON    )
           Petitioner    )
                         )
v.                       )
                         )
BRUCE CHADBORNE          )
DISTRICT DIRECTOR        )
U.S. IMMIGRATION AND     )
CUSTOMS ENFORCEMENT      )
     Respondent

CA No. 05-10465

No. 05-2279

NOTICE OF PETITION FOR REVIEW

Now comes the Petitioner, Leonides Vivas Chacon, by and through Counsel to give Notice of Petitioner's Petition for Review of the August 22nd, 2005 District Court decision denying Petitioner's Motion for Emergency Stay of Removal, Docket No. 05cv10465-MEL.

Respectfully submitted,

Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
617-338-4040
BBO#: 649872