UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10465

Leonides Vivas Chacon

v.

Bruce Chadborne District Director U.S. Immigration and Customs Enforcement

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 23, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/23/05.

/s/ Burchard
Deputy Clerk US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10465-MEL

Chacon v. Chadbourne  
Assigned to: Judge Morris E. Lasker  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/10/2005  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Leonides Vivas Chacon**         represented by **Jeff Ross**
Ross & Associates
20 Park Plaza
Suite 633
Boston, MA 02116
617-338-4040
Fax: 617-542-4646
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Respondent**

**District Director Bruce Chadbourne**
*U.S. Immigration and Customs Enforcement*

represented by **Frank Crowley**
Immigration and Customs Enforcement, Dept. of Homeland Secur
PO Box 8728
JFK Station
Boston, MA 02114
617-565-2415

Email:
Frank.Crowley@dhs.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 5.00, receipt number 00000, filed by Leonides Vivas Chacon.(Jenness, Susan) (Entered: 03/10/2005) |
| 03/10/2005 | 2 | MOTION for Emergency Stay of Removal by Leonides Vivas Chacon.(Jenness, Susan) (Entered: 03/10/2005) |
| 03/10/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 03/10/2005) |
| 03/11/2005 | 3 | Judge William G. Young : ORDER RE: MOTION FOR EMERGENCY STAY OF REMOVAL, ORDER FOR TEMPORARY STAY OF REMOVAL, AND NOTICE OF HEARING entered: Respondents shall file a response to the Motion for Emergency Stay of Removal by no later than 4:00 p.m. on Friday, March 11, 2005. 2. A temporary STAY of Removal is Ordered. The Respondents shall not transport the Petitioner out of this District absent further Order of this Court. 3. A Hearing on the Motion for Stay of Removal is set for MONDAY, MARCH 14, 2005 AT 10:00 A.M. before Hon. Morris E. Lasker, U.S. District Judge in Courtroom 8 on the 3rd floor. The Petitioner's appearance at the hearing is not required. (Greenberg, Rebecca) (Entered: 03/11/2005) |
| 03/11/2005 | 4 | Opposition re 2 MOTION to Stay , *and Motion to Vacate Emergency Stay* filed by Bruce Chadbourne. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Attachment A)(Crowley, Frank) (Entered: 03/11/2005) |
| 03/14/2005 | | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 3/14/2005 re 2 MOTION to Stay filed by Leonides Vivas Chacon,. The motion for a stay is de4nied without prejucice, as an administrative stay of deportation available. (Court Reporter Debra Joyce.) (Howarth, George) (Entered: 03/15/2005) |
| 03/14/2005 | | Judge Morris E. Lasker : ORDER entered denying 2 Motion to Stay.An automatic administrative stay of deportation being available to petitioner.The motion for a stay is denied without prejudice. (Howarth, George) (Entered: 03/15/2005) |
| 06/22/2005 | 5 | MOTION to Transfer Case *to First Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005* by Bruce Chadbourne.(Crowley, Frank) (Entered: 06/22/2005) |
| 06/22/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Transfer Case *to First Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005* filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B) (Crowley, Frank) (Entered: 06/22/2005) |
| 07/01/2005 | 7 | MOTION for Extension of Time to Respond to motion to transfer by Leonides Vivas Chacon.(Howarth, George) (Entered: 07/07/2005) |
| 07/01/2005 | 8 | MEMORANDUM in Support re 7 MOTION for Extension of Time to Respond to motion to transfer filed by Leonides Vivas Chacon. (Howarth, George) (Entered: 07/07/2005) |
| 07/11/2005 | | Judge Morris E. Lasker : ORDER entered granting 7 Motion for Extension of Time to respond to motion to transfer. (Howarth, George) (Entered: 07/18/2005) |

| | | |
|---|---|---|
| 08/05/2005 | 9 | MEMORANDUM in Opposition re 5 MOTION to Transfer Case *to First Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005* filed by Leonides Vivas Chacon. (Howarth, George) (Entered: 08/09/2005) |
| 08/16/2005 | 10 | REPLY to Response to Motion re 5 MOTION to Transfer Case *to First Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005* filed by Bruce Chadbourne. (Attachments: # 1 Exhibit Attachment A# 2 Exhibit Attachment B) (Crowley, Frank) (Entered: 08/16/2005) |
| 08/16/2005 | 11 | NOTICE by Bruce Chadbourne *of Intent to Execute Deportation Order on August 23, 2005* (Crowley, Frank) (Entered: 08/16/2005) |
| 08/22/2005 | 12 | EMERGENCY MOTION to Stay of Removal(with attachments not scanned) re 11 Notice (Other) by Leonides Vivas Chacon.(Howarth, George) Modified on 8/23/2005 (Howarth, George). (Entered: 08/23/2005) |
| 08/22/2005 | | Judge Morris E. Lasker : ORDER entered Motion denyed. The showing of alleged fear of perscution is factually and legally inadequate. 12 Motion to Stay (Howarth, George) (Entered: 08/23/2005) |
| 08/22/2005 | 13 | NOTICE OF APPEAL as to Order on Motion to Stay by Leonides Vivas Chacon. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/12/2005. (Howarth, George) (Entered: 08/23/2005) |