

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 05-2279

LEONIDES VIVAS CHACON,
Petitioner, Appellant,

v.

BRUCE CHADBOURNE, District Director,
U.S. Immigration and Customs Enforcement,
Respondent, Appellee.

ORDER OF COURT

Entered: August 23, 2005

The motion for emergency stay of removal is denied.

By the Court:

Richard Cushing Donovan, Clerk

By  MARGARET CARTER
Chief Deputy Clerk.

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By /s/ Linda Bauy  Date: 8-23-5

[Cert. cc: Hon. Morris E. Lasker and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Ross, Crowley, Cashman, Sullivan and Ms. Livers]