# United States Court of Appeals
## For the First Circuit

No. 05-2279

**MANDATE**

LEONIDES VIVAS CHACON,
Petitioner, Appellant,

v.

BRUCE CHADBOURNE, District Director,
U.S. Immigration and Customs Enforcement,
Respondent, Appellee.

---

### JUDGMENT

Entered: September 26, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

By **MARGARET CARTER**
     Chief Deputy Clerk.

Deputy Clerk

Date: SEP 26 2005

[cc: Messrs: Ross and Crowley]